of Missouri denied.  *Mr. Charles H. Houston* for petitioners.  *Mr. Samuel H. Liberman* for respondents.

No. 692.  SPENCER, ADMINISTRATOR, *v.* GYPSY OIL CO. ET AL.  January 8, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application.  *Messrs. Charles B. Rogers, Josephus C. Trimble,* and *Harry S. Hall* for petitioner. *Messrs. Richard H. Wills, Villard Martin, Harold E. Rorschach, James B. Diggs, Russell G. Lowe,* and *Jack L. Rorschach* for respondents.

No. 726.  GAGLIO *v.* CITY OF NEW YORK.  January 8, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Russell S. Coutant* for petitioner.  *Mr. Ignatius M. Wilkinson* for respondent.

No. 709.  ANDERSON, RECEIVER, *v.* GENERAL AMERICAN LIFE INSURANCE CO.  January 15, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Messrs. Frank E. Wood, Robert S. Marx,* and *Harry Kasfir* for petitioner.  *Messrs. Wm. Marshall Bullitt, Leo T. Wolford,* and *Thomas W. Bullitt* for respondent.  *Mr. John F. Anderson* filed a brief on behalf of the Comptroller of the Currency, as *amicus curiae,* in support of the petition.

No. 714.  MACCLENNY TURPENTINE CO. ET AL. *v.* BALD-WIN DRAINAGE DISTRICT ET AL.  January 15, 1945.  Peti-